NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEXTER LANORD THOMAS, )
)
       Appellant, )
)
v. )  Case No. 2D16-3895
)
STATE OF FLORIDA, )
)
       Appellee. )
_____)

Opinion filed August 17, 2018.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck,
Judge.

Howard L. Dimmig, II, Public
Defender, and Ama N. Appiah, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Cline,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

       Affirmed.



CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.